01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  UNITED STATES OF AMERICA,              )    CASE NO. MJ 07-250
                                           )
09              Plaintiff,                 )
                                           )
10          v.                             )
                                           )    DETENTION ORDER
11  PARIS WINSTON STEWART,                 )
                                           )
12              Defendant.                 )
    _____ )

13

14  <u>Offense charged</u>:        Conspiracy to Distribute Crack Cocaine; Distribution of Crack Cocaine

15  <u>Date of Detention Hearing</u>:    May 29, 2007

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant has been charged with two drug offenses, the minimum penalty of which

22  offense is in excess of ten years.  There is therefore a rebuttable presumption against defendant

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 1

01   as to both dangerousness and flight risk, under 18 U.S.C. §3142(e). The charges carry a potential

02   ten year mandatory minimum and, if a felony drug enhancement is filed, a potential twenty year

03   mandatory minimum.

04        2.      Defendant is a long time resident of this District. However, neither his employment

05   nor his residence address cannot be verified. The defendant is associated with alias names and

06   social security numbers. He has a dated history of failing to appear. The strength of the

07   government's evidence is extremely strong, as the government alleges to have evidence showing

08   the defendant participating in multiple drug transactions from an apartment in which his sister

09   resides in Seattle. The government alleges that the defendant is a persistent and prolific drug

10   dealer and proffers that he also discussed selling weapons. Two family members, his wife and son,

11   are currently incarcerated for drug offenses.

12        3.      Taken as a whole, the record does not effectively rebut the presumption that no

13   condition or combination of conditions will reasonably assure the appearance of the defendant as

14   required and the safety of the community.

15   It is therefore ORDERED:

16       (1)     Defendant shall be detained pending trial and committed to the custody of the

17            Attorney General for confinement in a correction facility separate, to the extent

18            practicable, from persons awaiting or serving sentences or being held in custody

19            pending appeal;

20       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21            counsel;

22       (3)     On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                     15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 2

01    Government, the person in charge of the corrections facility in which defendant is

02    confined shall deliver the defendant to a United States Marshal for the purpose of

03    an appearance in connection with a court proceeding; and

04  (4)  The clerk shall direct copies of this Order to counsel for the United States, to

05    counsel for the defendant, to the United States Marshal, and to the United States

06    Pretrial Services Officer.

07 DATED this 29th day of May, 2007.

08

09             Mary Alice Theiler
              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)            Rev. 1/91
PAGE 3